1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOAT BALLARD, | ) | 1:07cv0136 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT |
| Plaintiff, | ) | APPLICATION TO PROCEED IN FORMA |
| | ) | PAUPERIS OR PAY FILING FEE |
| v. | ) | |
| ALAN SIMPSON, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, appearing pro se, filed the instant complaint on January 24, 2007. Also on that date, Plaintiff submitted an application to proceed in forma pauperis. The application, however, was not completed and did not include the required prison trust account statement. 28 U. S. C. § 1915(a)(2).

Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a completed application along with a certified copy of his trust account statement in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall submit a completed application to proceed in

///

1

1   forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.

2        The Clerk of the Court SHALL send Plaintiff the proper forms.

3

4        IT IS SO ORDERED.

5        **Dated:**   **February 21, 2007**                    **/s/ Dennis L. Beck**
    3b142a                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28