# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOAT BALLARD, | ) | 1:07cv0136 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | (Document 7) |
| v. | ) | |
| | ) | ORDER GRANTING PLAINTIFF AN |
| ALAN SIMPSON, | ) | EXTENSION OF TIME TO FILE |
| | ) | APPLICATION TO PROCEED IN FORMA |
| | ) | PAUPERIS OR PAY FILING FEE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, appearing pro se, filed the instant complaint on January 24, 2007. After two failures to follow Court orders to submit complete applications to proceed in forma pauperis or pay the filing fee, the Court issued Findings and Recommendation on January 4, 2008, that the action be dismissed.

On January 14, 2008, Plaintiff filed timely objections to the Findings and Recommendation. He explained that he wants to proceed with his case and has the documents the Court has ordered. Based on Plaintiff's statements, the Court VACATES the January 4, 2008, Findings and Recommendation.

Plaintiff is ORDERED to file his completed application or pay the filing fee within thirty (30) days of the date of service of this order. The Court notes that this action has been pending for almost one year and Plaintiff has failed numerous times to submit the required documentation. Accordingly, the Court will look disapprovingly on any further requests for

1

extensions of time.

Failure to do follow this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   January 16, 2008**                              /s/ **Dennis L. Beck**
                                                                             UNITED STATES MAGISTRATE JUDGE