IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOAT BALLARD,                                    1:07-cv-00136 LJO DLB (PC)

      Plaintiff,                          ORDER VACATING FINDINGS AND
   v.                                            RECOMMENDATIONS ISSUED ON
                                       MARCH 3, 2008 (DOC. 11)
TYRONE M. JONES, et al.,

      Defendants.                         FOURTH ORDER TO SUBMIT
                                       APPLICATION TO PROCEED IN FORMA
                                       PAUPERIS **OR** PAY FILING FEE

                                       THIRTY DAY DEADLINE
_____/

      Plaintiff, a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.

      On March 3, 2008, the Court submitted Findings and a Recommendation to United States District Judge Lawrence J. O'Neill to dismiss plaintiff's case for failure to comply with the Court's order of January 17, 2008 which directed plaintiff to submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 , or in the alternative pay the $350.00 filing fee, within thirty (30) days.

/ / / / /

-1-

On February 25, 2008, plaintiff filed an application to proceed in forma pauperis.  However, plaintiff's application did not include his original signature.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 7-131; F.R.C.P. 11(a).  Additionally, the copy of plaintiff's prison trust account statement was not certified.  See 28 U.S.C. § 1915(a)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1.    Based on plaintiff's attempt to comply with the January 17, 2008 order, the Court VACATES the March 3, 2008 Findings and Recommendations.

2.    Plaintiff is DIRECTED to file his completed application or pay the $350.00 filing fee **within thirty (30) days** from the date of service of this order.  Failure to comply with this order will result in a recommendation that this action be dismissed.

3.    The Clerk's office is DIRECTED to send plaintiff an application for proceed in forma pauperis form.


IT IS SO ORDERED.

**Dated:     March 17, 2008**               **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE