# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOAT BALLARD, | ) | 1:07cv0136 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK TO REDESIGNATE THIS ACTION AS A REGULAR CIVIL CASE |
| v. | ) | |
| ALAN SIMPSON, | ) | |
| Defendant. | ) | |

    Plaintiff Moat Ballard ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed his complaint on January 24, 2007. Review of his complaint reveals that Plaintiff's action does not involve the conditions of his confinement.

    Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

    No scheduling conference should be set at this time.


IT IS SO ORDERED.

Dated:   **February 3, 2009**                              **/s/ Dennis L. Beck**
                                                                                           UNITED STATES MAGISTRATE JUDGE