# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOAT BALLARD, | ) | 1:07cv0136 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | (Document 17) |
| v. | ) | |
| | ) | ORDER DISMISSING ACTION |
| ALAN SIMPSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant action on January 24, 2007.

     On February 6, 2009, the Magistrate Judge issued Findings and Recommendation that the action be dismissed without leave to amend for Plaintiff's failure to state a claim for which relief can be granted. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Plaintiff has not filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 6, 2009, is ADOPTED IN FULL; and

2. The complaint is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   March 17, 2009**                         /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE